**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| SHAKONDIA THOMAS | CIVIL ACTION NO. 6:23-1437 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOUTH LOUISIANA COMMUNITY COLLEGE, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

**JUDGMENT**

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record and noting the absence of any objections/and after consideration of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS filed by Defendants Alicia Hulin and South Louisiana Community College (Rec. Doc. 10) is **GRANTED** and that Plaintiff Shakondia Thomas' claims against said defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the remainder of the motion seeking dismissal for lack of subject matter jurisdiction and failure to state a claim is **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 23rd day of July, 2024.

_____
Judge S. Maurice Hicks, Jr.
United States District Court